ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

MORGAN HELD,

               Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

**08 CRIM 550**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           June 16, 2006

                             MICHAEL J. GARCIA
                             United States Attorney

JUDGE CHIN

              By:   _____
                     Michael A. Levy
                     Assistant United States Attorney

                 AGREED AND CONSENTED TO:

              By:   _____
                     Timothy McInnis, Esq.
                     Attorney for Morgan Held

6/19/06    WHEEL A