UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

      - v. -                          :          08 Cr.

MORGAN HELD,                      :

                    :

              Defendant.      :

- - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, and Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Sections 2319(b)(1) and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                               _____
                               Defendant

                               _____
                               Witness

                               _____
                               Counsel for Defendant

Date:     New York, New York
           June 17, 2008

0202



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7 2008