# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

UNITED STATES OF AMERICA        :

        - v. -                :   ORDER

MORGAN HELD,                    :   08 Cr. 550 (DC)

        Defendant.            :

```
- - - - - - - - - - - - - - - - - -x
```

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 17, 2008;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
          7/7 , 2008

                               THE HONORABLE DENNY CHIN
                               UNITED STATES DISTRICT JUDGE